## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| BILLIE RAE KOWALKOWSKI | : | CIVIL ACTION NO. |
|---|---|---|
| *Plaintiff* | : | |
| vs. | : | No:11-4284 |
| ASSOCIATIONS, INC. d/b/a ASSOCIA | : | JURY TRIAL DEMANDED |
| *Defendant* | : | |

### 41 A – VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE CLERK:**

Kindly issue a voluntary dismissal without prejudice in the above-captioned matter.

Respectfully,

**SWARTZ CULLETON PC**

BY:   **//Brandon Swartz**_____
Brandon A. Swartz, Esquire
Identification No. 78344
Attorneys for Plaintiff,
Billie Rae Kowalkowski

Date:  September 16 2011